IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERTO LOPEZ MARIN and PEDRO LARA, | ) | |
| | ) | Case No. 16 CV 10246 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Judge Gettleman |
| | ) | |
| KDK, INC., STEVEN TSONIS, individually, and ROBERT S. LUKE, individually, | ) | Magistrate Judge Kim |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiffs Roberto Lopez Marin and Pedro Lara, and Defendants KDK, Inc. and Steven Tsonis, individually, have reached a settlement of the above-entitled action. The Parties have negotiated payment of the settlement award on or before March 12, 2018, and respectfully request that all other deadlines be stayed in light of the settlement. Plaintiffs will file a stipulation of dismissal of this action after receipt of the settlement payment.

Dated: December 15, 2017            Respectfully submitted,

s/ Sarah J. Arendt
Douglas M. Werman
Maureen A. Salas
Sarah J. Arendt
Werman Salas P.C.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
Telephone: (312) 419-1008
dwerman@flsalaw.com
msalas@flsalaw.com
sarendt@flsalaw.com

s/ Michelle M. Morrone (with consent)
Michelle M. Morrone
Morrone & Morrone, P.C.
12820 S. Ridgeland Ave, Unit C
Palos Heights, Illinois 60463
Telephone: (708) 653-3151
morronejh@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on **December 15, 2017** I electronically filed the foregoing **Notice of Settlement** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record:

s/Sarah J. Arendt
One of Plaintiffs' Attorneys

Douglas M. Werman
Maureen A. Salas
Sarah J. Arendt
Werman Salas P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
(312) 419-1008